

# Fourth Court of Appeals
## San Antonio, Texas

December 1, 2014

No. 04-14-00488-CV

**IN THE INTEREST OF T.F., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02356
Honorable David A. Canales, Judge Presiding

# O R D E R

    This is a termination of parental rights case. Accordingly, the appeal is accelerated. Based on this court's granting of a previous thirty-day extension of time to file the brief, appellant mother's brief was due in this court on November 24, 2014. The brief was not filed, but on the due date, appellant mother filed a second extension, requesting an additional ten days to file the brief. We **GRANT** appellant mother's second motion to extend time to file the brief and **ORDER** appellant mother to file her brief in this court on or before December 4, 2014. Appellant mother is advised that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of December, 2014.

_____
Keith E. Hottle
Clerk of Court